

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 25 2008

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Richard W. Wieking
Clerk

**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

General Court Number
415.522.2000

February 20, 2008

United States District Court
Northern District of Georgia
United States Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303


RE: CV 07-05757 MMC  DOUGLAS AND STURGESS INC-v-ARKANSAS BEST CORPORATION

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☒ Certified copy of docket entries.

- ☒ Certified copy of Transferral Order.

- ☒ Original case file documents.

- ☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

*Alfred Amistoso* (signature)

by: Alfred Amistoso
Case Systems Administrator

Enclosures
Copies to counsel of record

February 20, 2008

> **These instructions are for internal court use only.**

Instructions for Retrieving Northern District of California Electronic Case Files

This login and password is a court-user read-only login to the CM/ECF website for the Northern District of California at **https://ecf.cand.circ9.dcn**. It should be used only by court personnel who have a need to access relevant case information.

Login: **xfr**
Password: **xfr**

For assistance accessing the website, please call our help desk at 866-638-7829 or e-mail at ecfhelpdesk@cand.uscourts.gov.


